

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ETHAN KOMITI<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-00939<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _February 24_____, _2026_____, at _11:30_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: __February 20, 2026_____          _(signature)_
                                          U.S. Magistrate Judge